IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COALITION FOR GOOD GOVERNANCE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as Secretary of State; *et al.*, <br><br> *Defendants*. | CIVIL ACTION <br><br> FILE NO. 1:20-CV-01677-TCB |

## RESPONSE IN OPPOSITION TO MOTION FOR ADDITIONAL PAGES OR TO MODIFY BRIEFING SCHEDULE

Defendants oppose Plaintiffs' motion for additional pages or, alternatively, seek a modification of the briefing schedule [Doc. 13], showing the Court the following:

1. Plaintiffs did not contact Defendants prior to filing their motion for additional pages [Doc. 16].

2. Plaintiffs admit that they have known their recommended policy proposals since at least March 23, 2020, when they notified the Secretary of State of the items contained in the relief they seek in this lawsuit. [Doc. 1, ¶ 30].

1

3. Plaintiffs filed a 84-page complaint over a week ago, [Doc. 1], and a six-page motion without a brief on Sunday afternoon, [Doc. 11].

4. This Court set a briefing schedule in this case yesterday that provides Defendants with five days to respond to Plaintiffs' not-yet-filed brief. [Doc. 13].

5. Plaintiffs provide no basis for their request other than that the facts are complex. [Doc. 16, ¶ 2].

6. Plaintiffs seek a dramatic insertion of this Court into the "the administrative details of a local election." *Curry v. Baker*, 802 F.2d 1302, 1314 (11th Cir. 1986).

7. This Court should deny the motion for additional pages until Plaintiffs provide a good-faith basis for the request for additional pages or at the very least provide Defendants with at least ten days to respond to a 50-page brief and an untold number of exhibits.

Respectfully submitted this 28th day of April, 2020.

                                 Christopher M. Carr
                                 Attorney General
                                 GA Bar No. 112505
                                 Brian K. Webb
                                 Deputy Attorney General
                                 GA Bar No. 743580

Russell D. Willard
Senior Assistant Attorney General
GA Bar No. 760280
State Law Department
40 Capitol Square, S.W.
Atlanta, Georgia 30334

Josh Belinfante
Special Assistant Attorney General
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Vincent Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Carey Miller
Georgia Bar No. 976240
cmiller@robbinsfirm.com
Melanie Johnson
Georgia Bar No. 466756
mjohnson@robbinsfirm.com
Robbin Ross Alloy Belinfante Littlefield LLC
500 14th Street NW
Atlanta, GA 30318
Telephone: (678) 701-9381
Facsimile:   (404) 856-3250

*/s/ Bryan P. Tyson*
Bryan P. Tyson
Special Assistant Attorney General
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Diane Festin LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
Loree Anne Paradise
Georgia Bar No. 382202

3

4

>lparadise@taylorenglish.com
Taylor English Duma LLP
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
770.434.6868 (telephone)

*Attorneys for Defendants*


4

lparadise@taylorenglish.com
Taylor English Duma LLP
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
770.434.6868 (telephone)

*Attorneys for Defendants*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing RESPONSE IN OPPOSITION TO MOTION FOR ADDITIONAL PAGES OR TO MODIFY BRIEFING SCHEDULE has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Bryan P. Tyson*
Bryan P. Tyson