**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **COALITION FOR GOOD GOVERNANCE,** et al., <br><br> **Plaintiffs,** <br><br> v. <br><br> **BRAD RAFFENSPERGER, el al., ,** <br><br> **Defendants.** | **Civil Action No.** <br> **1:20-cv- 01677 -TCB** |

## PLAINTIFFS' NOTICE OF FILING DECLARATION

Plaintiffs give notice of the filing of the Supplemental Declaration of Marilyn Marks, attached.

Respectfully submitted this 14th day of May, 2020.

| | |
|---|---|
| */s/ Bruce P. Brown* | */s/ Robert A. McGuire, III* |
| Bruce P. Brown | Robert A. McGuire, III |
| Georgia Bar No. 064460 | Pro Hac Vice Pending |
| BRUCE P. BROWN LAW LLC | ROBERT MCGUIRE LAW FIRM |
| 1123 Zonolite Rd. NE, Ste 6 | 113 Cherry St. #86685 |
| Atlanta, Georgia 30306 | Seattle, Washington 98104-2205 |
| (404) 881-0700 | (253) 267-8530 |

*Attorneys for Plaintiffs*

## CERTIFICATE OF COMPLIANCE AND SERVICE

I hereby certify that the foregoing has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14. I further certify that on May 14, 2020, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

/s/ Bruce P. Brown
Bruce P. Brown
Georgia Bar No. 064460
BRUCE P. BROWN LAW LLC
Attorney for Plaintiffs
1123 Zonolite Rd. NE
Suite 6
Atlanta, Georgia 30306
(404) 881-0700

## Supplemental Declaration of Marilyn Marks

**Marilyn Marks** declares, under penalty of perjury, pursuant to 28 U.S.C. §1746, that the following is true and correct:

1. My name is Marilyn Marks.

2. I am the Executive Director of Coalition for Good Governance ("Coalition"), a non-profit 501 (c)(3).

3. I have personal knowledge of all facts stated in this declaration.

4. If called to testify, I could and would testify competently thereto.

Organizational Standing

5. The statements regarding Coalition's members and activities in the Complaint Doc. 1 paragraphs 132-138 and true and correct.

6. The diversion of Coalition's resources has continued since the complaint was filed. For example, in order to meet the requirements of this litigation, I was forced to reject the request by North Carolina-based Coalition members and voting rights groups to help design and plan drive-through voting options which I had initated several weeks ago. Other examples follow.

7. I had to decline the request to help with preparing more background educational materials for panel discussions and audiences of the HBO documentary Kill Chain, in which I appear.

8. I had to decline the request by North Carolina Coalition members propose and evaluate alternatives for voter identification methods for mail ballot voting.

9. In the last several weeks, in order to pursue this lawsuit, we have had to postpone our work on investigating the impacts of the violation of secret ballot laws in North Carolina and South Carolina.

10. I had to decline the opportunity to confer with a national study group of experts on signature verification and other eligibility verification in mail balloting.

11. I had to defer the request that Coalition conduct a webinar on the roles and responsibilities of canvass boards and election boards.

12. I had to seek an extension of time for submitting a grant proposal to a donor in order to devote resources to this litigation.

13. I have been receiving at least 3 or 4 invitations per week to participate in panels, educational events or group discussions on election security in the time of pandemic. I am having to decline all of them in order to pursue the claims in this lawsuit.

14. I have had to decline the request for help from our Colorado members to review and provide critique of Colorado's new proposed emergency election rules.

15. Our interns who generally write thank you notes and stay in touch with our donors and members have had to temporarily drop those duties to help organize evidence for this lawsuit.

16. We have had to curtail the volume and timeliness of our responses to voters who are inquiring with questions about their mail ballots and the upcoming election. They have expressed considerable confusion caused by conflicting information communicated by election officials. Many voters and members are seeking information from Coalition but our resources have been diverted to organize information for this lawsuit. We are unable to answer all the inquiries on a timely basis.

17. We had to decline a request to consult with the non-profit start up team working on apps for facilitating electronic mail ballot application submission in New York.

Colorado Mail Ballot Conversion

18. I was an election security activist in Colorado during the time of their managed conversion to an all-mail ballot voting system over the course of approximately 7 years (approximately 2007-2014). I observed the massive changes that are required in voter education, database quality, equipment and system conversions, poll worker training and complex election cybersecurity considerations.

Anticipated Ballot Scanning Errors

19. The video  referenced  in Ms. Dufort's declaration ( Doc. 38 at 4) at link
    https://drive.google.com/drive/folders/1bUqMPQUGEq4LNF5tSvafzsKzWn
    fFDDXi  is a video that I recorded On November  2018 at the Gwinnett
    County Election Recount. It was edited and annotated by Taran Greenwald
    and displays the problem that is caused when folds or creases in a ballot are
    through or too close to the target area causing the scanner to read the shadow
    or crease marks as a spurious vote. This frequently causes the machine to
    read and reject this as an overvote.

20. I am familiar with this well-known elementary problem with shadows and
    smudges from ballot fold lines from observing it several times in Colorado
    during poll watcher duties. The problem and prevention are well understood
    by experienced election administrators, ballot builders and ballot printers.
    Experienced election officials and ballot builders take care to avoid this
    design flaw.

21. Based on my observations of pictures of 2020 primary ballots that concerned
    Georgia voters have sent me, with crease lines touching target areas, and my
    experience observing this issue in Colorado, that the counties should expect
    to encounter the collection of spurious votes and false positives of
    undervotes. Based on my observations in previous elections, this could cause

lengthy operating times for teams of workers to resolve each rejected ballot, and delays in results reporting.

County Pollworker Shortage

22. Coalition has been monitoring the poll worker shortage by talking with county election officials and through open records requests with counties, and monitoring county election board meetings.

23. Forsyth County on May 5 reported that approximately 30% of their pollworkers were not planning to work on Election Day. (Exhibit 1)

24. Lowndes County reported on May 12 that only 38 of their needed 185 pollworker positions were filled. (Exhibit 2)

25. Cobb County reported on May 11 that they were at "bare bones" levels, and that workers over 65 were concerned, particularly given the Shelter in Place Order (Exhibit 3)

26. Oconee County on May 5 discussed having to consolidate polling places into just two polling places because of a poll worker shortage and potential loss of polling place access. (Exhibit 4)

County Election Board Meetings

27. Coalition interns and volunteer members monitored all remote (video or telephonic) county election board meetings available in the last three weeks, and recorded the meetings to create transcripts. Transcripts were also created

for various interviews or public meetings where Secretary Kemp and Governor Kemp commented on the pandemic or election matters. All transcripts were prepared under my supervision and represent a correct record of relevant portions of the meeting. (Coalition transcribers did not attempt to fully refine the transcripts for non-relevant portions of the meetings.) A copy of each transcript is maintained in Coalition's files.

28. Transcripts were created under my supervision for the May meetings of the Boards of Elections for Henry County, Clayton County, Newton County, Lowndes County, Cobb County Camden County, Athens-Clarke County, Effingham County, Oconee County, Richmond County, and Forsyth County.

29. The content of the public meetings was the source for many of Coalition's conclusions on the counties planned reduction in polling places, reduction in voting stations, shortage of pollworkers, lack of guidance from the Secretary of State regarding PPE for poll workers, delays of ballot mailing and processing.

30. Paulding County's planned BMD deployment is an example of significant reduction of the number of voting machines that can be used because of the lack of space and personnel. Using data obtained in an Open Records Request Plaintiff Jeanne Dufort and I calculated the estimated legal minimum of voting stations and the planned reductions. (Exhibit 5) and

found a significant shortfall in machines. For example, precinct 8 plans for 12 BMD compared to 44 required, or 912 voters per machine. Precinct 7 plans 15 machines rather than the 41 required, or 671 voters per machine. Precinct 13 plans 12 machines rather than the 38 required, or 795 voters per machine.

31. Douglas County's planned BMD deployment is another example reviewed by Ms. Dufort and me for the shortfall in polling place equipment deployment, based on Open Records Requests. (Exhibit 6). Some precincts will be in compliance with the 1 to 250 voter minimum while at least 7 precincts such as 1258 will have fewer than 50% of what is required. Precinct 1258 will have 641 voters per machine. Exhibit 11 also reflects the discussions of the Effingham and Forsyth counties inability to meet the 1 voting station to 250 voters statutory requirement.

32. Based on Coalition's review of numerous public records, listening to the board meetings and discussions with county election officials, many of the counties state that they are planning to permit only 10 people at a time in the polling place. This includes pollworkers which appear to average about 6 workers planned per polling location, leaving only 4 positions opened for voters. (Exhibit 11) Transcript excerpts from Effingham and Forsyth Counties' May meetings) The transcripts are accurate and were made under

my supervision from audio recordings of the public meetings, most of which plaintiffs or Coalition analysts observed live as well.)

33. Henry County's Election Board discussed the delay in mail ballot delivery from the mail vendor noting that it appeared that there were 2 to 3 week delays from county processing to voter ballot receipt. (Exhibit 9)

34. Secretary Raffensperger told listeners in a May 7 meeting of the Faith and Freedom Coalition that voters may deliver their completed mail ballots to polling places. I listened to this meeting as it was broadcast and heard his report concerning dropping off ballots, which is accurately transcribed on Exhibit 10.

35. I was pleased to hear him report this as it is part of the relief Plaintiffs seek and have been formally suggesting to Secretary Raffensperger and the State Election Board since December.

36. I frequently review dozens of absentee ballot daily reports from the counties posted daily to the Secretary of State's website to watch the progress of the issuance of absentee ballots. I have observed that the application date and the ballot issuance date are generally significantly inaccurate as the counties are following the directives of the Secretary of State's office as detailed in Chris Harvey's memo of April 13, 2020. (Doc. 20 at 65-68) This results in

the backdating of ballot issuance and also conceals the late processing of the ballot applications. The result is a far more favorable and inaccurate picture of the ballot application and ballot issuance dates. The ballot application received date is the date processed which may be weeks later than the application was received. The ballot issuance date is the date that the processed application information was sent to the vendor, not the date of the ballot issuance to the voter.

37. The delays in mail ballot issuance are not typical in recent prior elections based on my close observations beginning in 2017. In the past the counties have issued the mail ballots directly to the applying elector.

38. A Coalition analyst under my supervision used the database of the mail ballot application and issuance for the November 2018 election and calculated that the average processing time between application and mail ballot issuance by the county was under 2 days.

39. This compares to reported cases of 2 to 3 weeks between county application approval and ballot issuance.

40. This reported delay in vendor processing and mailing is consistent with my examination of numerous pictures of time stamped ballot packet outer envelopes sent to me by members and other Georgia voters.

41. Intentionally left blank

42. Athens-Clarke County Superintendent has recently published an emergency procedure plan which I obtained in a public document request. It is attached as Exhibit 12.

43. State Election Board Rule Rule 183-1-12-.11 (2)(d) was adopted earlier this year requiring that hand marked paper ballots are to be used when polling place emergencies occur including lines of 30 minutes or more. All plaintiffs attended multiple State Election Board meetings and county election board meetings where the intent of the intent of this 30 minute wait default to hand marked paper ballots was discussed. It is documented in various county records as well such as Athens-Clarke Board of Elections Resolution (¶ 6 at Exhibit 7 attached)

44. The information collected at the Wisconsin Exhibit to the Brief (Doc. 36 pages 17-86) was obtained by Coalition from the pubic websites of Wisconsin election officials by analysts working under my supervision. The purpose of the exhibit was to collect the types of Wisconsin Election Commission Guidance and procedures used with respect to public health protection.

45. Intentionally left blank

46. Information regarding the lack of PPE protocols issued by the State was confirmed by Coalition analysts working under my supervision through discussions confirmed by public records requests. One such example consistent with other counties we communicated with is Cherokee County. (Doc. 38 at 158) Another such example is the May Henry County Board meeting discussion where the supervisor reported that the Secretary's office had made it clear that PPE was the responsibility of the counties. (Exhibit 8 attached)

47. Coalition analysts requested information from numerous counties regarding their March 24 ballot cancellation policy or any changes communicated from the Secretary regarding such policy. The response provided by Cherokee County was consistent with other counties which reported no change from the Secretary's instructions to cancel ballots arriving March 24 or thereafter if an application for a June ballot was received from that voter. (Doc. 38 at 158)

Executed May 14, 2020

Exhibit 1

**Marks Exhibit 1**

Poll Worker Shortage

# Forsyth 5/05 9:00 am

**Mandi Smith (election supervisor)** 51:38
That was my understanding and that's what we, you know, advertised. And then we're going to discuss today, the Saturday and the final week. Okay. So, start. So as far as poll workers, we have a link to, for them to follow and they you know, click and let us know if available/ not available. And this went out – I guess it was over a week ago now – it was prior to the governor issuing **the additional shelter in place for those individuals over 65, and with compromised immunity**. You said, we did have some folks change their availability after that order came out. So **300-plus emails went out** to everyone that was originally trained for the Presidential Preference. And as of yesterday morning, approximately **45 said that they were unavailable to work during advanced voting**. The schedule's out there, so on any given day of advanced voting, there's approximately 80 or so that are signed up to be available and approximately 130 signed up to say available to work on Election Day. And about 30% that they were not available to work on Election Day. So, the sign up – and I'm saying approximately because obviously things change – and some folks have double signed up for things. So we have to go out and go in, people get that kind of thing.

...

**Barbara Luth** 55:47
Mandi, my question is, with the limited number of people that we can have within the polling site, right? They need  – you have to cut back on some workers in order to get those numbers in there, which means, but yet **we're still going to have workers outside managing lines** and doing that sort of thing.

**Mandi Smith** 56:18
They, that will have to be part of the flow of the poll. That was part of what we trained on anyway. There'll be some tweaks to that in the sense of keeping six feet apart. Again, keeping even more people out than what we'd already trained out of the room, you know, you're not allowed to walk into the room at the same time. The concern that we have, though, and with the amount of people who are poll workers, I mean, our poll managers and assistant managers. So the key folks who, you know, in our case, for the most part has worked with for many years, and lots of training, lots of experience. And again, not to go into individual things  – but several of those that are not available to work.

**Joel Natt** 57:15
What about assistant managers? Experience is there – can they fill in if needed?

**Mandi Smith** 57:26

I know again, that's what I'm saying, well, managers and assistant managers can be who. So we have plenty **of assistant managers who will know never want to be, they never want to move up.** Right. And I understand that and I appreciate that. So staffing with experienced people, not saying that we won't have enough staff, I'm saying with experienced workers is going to possibly be a challenge. Let's see – I'm looking over my notes, too.

Exhibit 2

**Marks Exhibit 2**

**Lowndes 5/12 (4:30)**

**Deb Cox (election supervisor)** 11:11
Next Issue. Poll workers for the June 9 election. We need 185, we're down to 38. If it becomes necessary to combine precincts for this election, for the June 9 election which has combined the March and the May into. I propose to eliminate or combine some of the precincts and have them voted here as well. We would have open One and close Two, which is Trinity. We would open Northside. We would open Naylor because of the distance out there. Open Rainwater because of the size in the expandability. Open Six: Mildred open Seven: Papermill because the extreme south. Close Dasher because it's very small and we could reroute those between the office, and South Lowndes. Open South Lowndes of course because that's extreme sound as well. VSU is not going to be open, there's no question about that. And close Jaycee Shack and reroute those in here. For the June 9 That's where we stand at the moment, if we get enough poll workers we can have more open, but the elections office is already programmed into the database as a backup on election day, in case this occurs, all counties have got that from the state. We'll standby to see what occurs. We have enough for advanced voting. Jessica's been on the phone literally all day she probably has cauliflower ear. But the problem is poll workers and we have a combined problem the COVID and the extra $600 on top of unemployment is not conducive to offering somebody you know basically $7.25 an hour to work. So that's where we're at, at the moment.

**Chris** 18:39
Hey Deb, it's Chris. Hello, could you go over the numbers of poll workers you currently have in- ones that you need for the actual election.

**Deb Cox** 18:52
We have 38, and we need 185 all totaled.

**Chris** 18:58
Yikes! Little bit short there.

**Deb Cox** 19:02
I would say so.

Exhibit 3

**Marks Exhibit 3**

**Cobb** 5/11 4:00 pm

**Janine Eveler (election supervisor)** 48:03
Okay, I'm in support, the poll workers, we don't have concrete numbers as of this date. **The area supervisors are in the process of going back and contacting all poll workers to see if they are still going to work, the election.** Prior to the pandemic we were able to have on the average of 10 to 11 workers per poll basically, but that number. At last, has **dropped substantially** that was still going to be available. And of course, our largest challenge would be those **poll managers or assistant managers that would not that would no longer be able to work**. After the initial evaluation and many of the workers have said that they need to **wait closer to the election, before they can make a commit**. So, now we are we are out basically as far as we can and we need to know if they're going to commit or not. Some of the workers, of course, those that **are 65 and older are kind of concerned because the, the order is to be lifted I think like after June 12, if they are 65 years and older**, and that includes a large number of our population. Some have been, of course reassured that you know because of our process, planning to do with providing masks and gloves and hand sanitizer. You know, some are gonna stick with us. If they can. So, but we're feeling like we're close to bare bones at a lot of places, especially with managers and assistant. That's all I have.

Exhibit 4

**Oconee County**
**5/5 5:30 pm**

**Fran Leathers (election supervisor)** 30:09
Right. So it'll be that- I'm assuming that's what they'll tell us that we have to do. All right. And early voting plan, we were sort of discussing this a little bit, but early voting begins May 18, which is right around the corner, and we're going to be ready for everybody who ever wants to come vote early with us. We have had plexiglass guards installed, they're temporary, above in our office where you would normally come in and you go into get you know, to show your ID and sign your form. Right there. We've had plexiglass installed there and there's about this about four or five inches below there where people can, you know, slide their ID or slide their papers and sign everything there. So that is good as far as the workers go, and as far as the voters. Right now as it stands, because our office is not as large but we can accommodate, probably four people in the lobby at a time, and try to keep the six foot social distancing. And at that point, once someone has stepped to the counter and they get their card together, they will go on into the voting room. And we will have to determine the six foot distancing in that room as well. A little closer to the time we're gonna early vote- we'll have to go in, plus to see how- what the county stance is, how everything is progressing as far as the distancing of what we're required to do. But we're prepared to do whatever we need to do to keep everybody safe. So it might just take a little longer, but we'll get it, get it all handled. We will have the same, probably most likely, I've talk to everybody that helped us in early voting last time at the PPP everybody's help- willing to help us. We may not need as many workers because we may not have as many people coming in and have as many voting equipment stations or booths setupbut will just have to play that by ear a little closer to the time. And Kirk and I talked about this a little earlier this week, was the Election Day contingency plan. And we've discussed this because Kirk asked me if what happens if something with our approach with the poll workers and our poll workers – say we lose half of them or something happened that they don't want to work because it maybe the situation worse or something like that. So how, what will we do? So Jennifer and I actually spoke about this, talked in great detail about how we would handle something of that nature. Or, say, if our polling sites did not want to open up, or let us – you know – use their polling sites. So what we discussed was having our two largest polling sites, which would be the Civics Center, and I'm saying largest as in the area, which would be Civic Center and Marcelin Hall would be the largest ones, and we would be able to hopefully go in and set up actual smaller precincts within those areas. So we would take You know, six here and six there and maybe put those in different areas in the room where people could come in and vote in those two different locations. And we of course, we would have to get the word out for everybody, you know, signs and that kind of thing as well. And hopefully, if that did happen, we would be able to notify people a little bit more in advance, you know if we needed to do that. But that's the plan that we have in place right now, because those are the only really two large places that we had that would accommodate everybody.

| Precinct | BMD's | Scanners | Poll Pads | voters | req BMDs | |
|----------|-------|----------|-----------|--------|----------|---|
| #1 BHP | 10 | 1 | 2 | 5854 | 24 | |
| #2 CRL | 10 | 1 | 2 | 3450 | 14 | |
| #3 SHEL | 12 | 1 | 2 | 4683 | 19 | |
| #4 RES | 12 | 1 | 2 | 7689 | 31 | |
| #5 PSC | 12 | 1 | 2 | 5449 | 22 | |
| #6 LBC | 12 | 1 | 2 | 4174 | 17 | |
| #7 WGC | 15 | 2 | 4 | 10062 | 41 | |
| #8 WRDG | 12 | 2 | 4 | 10994 | 44 | |
| #9 TEP | 10 | 1 | 2 | 4493 | 18 | |
| #10 PSBC | 12 | 1 | 2 | 4568 | 19 | |
| #11 DWIC | 12 | 1 | 2 | 5890 | 28 | |
| #12 TFP | 10 | 1 | 2 | 2643 | 11 | |
| #13 NES | 12 | 1 | 4 | 9551 | 38 | |
| #14 WOP | 12 | 1 | 2 | 5494 | 22 | |
| #15 MRP | 10 | 1 | 2 | 5441 | 22 | |
| #16 BBC | 10 | 1 | 2 | 2419 | 10 | |
| #17 PCA | 12 | 1 | 2 | 3855 | 16 | |
| #18 PMBC | 12 | 1 | 2 | 2610 | 11 | |
| #19 DMS | 12 | 2 | 4 | 7715 | 31 | |
| | | | | | | |
| AIP | | | | | | |
| WGC | 20 | 2 | 4 | | | |

Exhibit 6

# NUMBER OF MACHINES PER PRECINCT

## June 9, 2020 General/Presidential Preference Primary

| PRECINCT | Precinct # | Scanners # | VOTERS | BMD'S | BMD REQ | UPS'S | POLL PADS | ATI'S |
|---|---|---|---|---|---|---|---|---|
| Arbor Station Elementary School | 733 | 1 | 2845 | 10 | 12 | 5 | 2 | 1 |
| Atlanta West Pentecostal Church | 1270 | 1 | 3854 | 10 | 16 | 5 | 2 | 1 |
| Beulah Baptist Church | 731 | 1 | 3325 | 10 | 14 | 5 | 2 | 1 |
| Boundary Waters Aquatic Center | 785 | 1 | 4000 | 10 | * 16 | 5 | 2 | 1 |
| Bright Star Methodist Church | 734 | 1 | 2569 | 10 | 11 | 5 | 2 | 1 |
| Chapel Hill Middle School | 736N | 1 | 3844 | 10 | 16 | 5 | 2 | 1 |
| Chestnut Log Middle School | 737 | 1 | 3825 | 10 | 16 | 5 | 2 | 1 |
| Church at Chapel Hill | 736S | 1 | 6092 | 10 | 25 | 5 | 2 | 1 |
| Dog River Library | 1260 | 1 | 5684 | 10 | 23 | 5 | 2 | 1 |
| Deer Lick Park | 1276 | 1 | 2878 | 10 | * 12 | 5 | 2 | 1 |
| Dorsett Shoals Middle School | 735 | 1 | 3729 | 10 | 15 | 5 | 2 | 1 |
| Ephesus Baptist Church | 1271 | 1 | 3792 | 10 | 16 | 5 | 2 | 1 |
| Factory Shoals Middle School | 784 | 1 | 4078 | 10 | 17 | 5 | 2 | 1 |
| First Baptist Church - Douglasville | 740 | 1 | 2392 | 10 | 10 | 5 | 2 | 1 |
| First Baptist Church – Lithia Springs | 1274 | 1 | 1830 | 7 | 8 | 4 | 2 | 1 |
| Golden Methodist | 729 | 1 | 5292 | 10 | * 22 | 5 | 2 | 1 |
| Lithia Springs H.S. | 1275 | 1 | 5650 | 10 | * 23 | 5 | 2 | 1 |
| Lutheran Church | 739 | 1 | 3939 | 10 | 16 | 5 | 2 | 1 |
| Mirror Lake Elementary School | 1258 | 1 | 6409 | 10 | 26 | 5 | 2 | 1 |
| Old Courthouse | 730 | 1 | 5408 | 10 | * 22 | 5 | 2 | 1 |
| Pray's Mill Baptist Church | 1272 | 1 | 5233 | 10 | 21 | 5 | 2 | 1 |
| St. Julian Episcopal Church | 738 | 1 | 2158 | 9 | 9 | 5 | 2 | 1 |
| Stewart Middle School | 732 | 1 | 3079 | 10 | 13 | 5 | 2 | 1 |
| Turner Middle School 3655 | 1273 | 1 | 2944 | 10 | 18 | 5 | 2 | 1 |
| Winston Elementary School | 1259 | 1 | 1821 | 6 | 8 | 3 | 2 | 1 |
| Advance Voting | | | | | | | | |
| New Courthouse | | 2 | | 10 | | 5 | 2 | 1 |
| Old Courthouse | | 1 | | 10 | | 5 | 2 | 1 |
| Woodie Fite Senior Center | | 1 | | 4 * | | 2 | 2 | 1 |
| Boundary Waters | | 1 | | 10 | | 5 | 2 | 1 |
| Deer Lick Park | | 1 | | 10 | | 5 | 2 | 1 |
| Dog River Library | | 1 | | 10 | | 5 | 2 | 1 |

Exhibit 7

Athens-Clarke County
Board of Elections and Registrations

**RESOLUTION TO ESTABLISH THE POLICY OF ATHENS-CLARKE COUNTY REGARDING PROTECTING BALLOT SECRECY AND VOTER PRIVACY IN THE USE OF GEORGIA'S NEW BALLOT MARKING DEVICES IN THE PRECINCTS OF ATHENS-CLARKE COUNTY**

**WHEREAS**, ballot secrecy and voter privacy are important principles for Georgia voters founded in the Constitution of the State of Georgia and other state and federal laws; and

**WHEREAS**, Georgia is transitioning to new ballot marking devices; and

**WHEREAS**, some voters and elections officials have expressed concerns about ensuring that ballot secrecy and voter privacy are maintained during the use of the new ballot marking devices in the precinct locations in Athens-Clarke County; and

**WHEREAS**, the Elections Division of the Georgia Secretary of State's Office has provided general guidance to all the county elections personnel in the state of Georgia; and

**WHEREAS**, the Athens-Clarke County Board of Elections and Registrations ("Board") is charged with, among other important tasks, seeking to ensure that ballot secrecy and voter privacy is maintained during the elections to be held in Athens-Clarke County; and

**WHEREAS**, the Board has received direction from legal counsel as to actions that can ensure ballot secrecy and voter privacy are maintained in the use of the ballot marking devices; and

**WHEREAS**, that direction is consistent with the law, guidance from the Secretary of State's Office and direction provided by the County Attorney; and

**WHEREAS**, in a Final Decision issued on March 31, 2020, in the matter of Administrative HAVA [Help America Vote Act] Complaint filed by the Coalition for Good Governance, the Secretary of State's Office stated:

[P]olling places layouts developed by local election officials must be done in a manner that ensures voter privacy, including obscuring the sightlines of observers, poll watchers, and the public such that they cannot view a BMD [ballot marking device] screen. The Secretary of State has provided a privacy shield to go with every ballot marking device, but the counties are not prohibited from finding privacy solutions that best fit their unique polling place needs. County election officials must provide a private voting experience, and privacy must be considered in all aspects of election administrative planning including polling place layouts, site selection, poll worker staffing levels, and the appropriate number and size of precincts.

**NOW THEREFORE BE IT RESOLVLED**, that the Athens-Clarke County Director of Elections and Voter Registration, the full-time staff and other employees and volunteers should to the maximum extent practicable implement the following policy regarding precinct layout:

1.      Under O.C.G.A. § 21-2-367, the number of "voting booths or enclosures" required in each precinct on election day is to be computed as follows:

- Divide the number of active voters in that precinct as of the close of the registration period (usually 30 days before election day) by 250
- Round the result up to the nearest whole number

So, for example, a precinct with 251 active voters would require 2 voting booths.

2.      The required number of "voting booths or enclosures" in a precinct can be satisfied by a combination of ballot-marking devices (BMDs) and voting booths or enclosures suitable for voting by paper ballot.

So, for example, a precinct that requires 10 "voting booths or enclosures" could have 4 BMDs and 6 places suitable for marking paper ballots.

3.      A precinct should have no more BMDs than can be arranged in a manner that is consistent with the Secretary of State's guidance on ensuring voter privacy (a copy of which is attached).  If that number is less than the number of "voting booths or enclosures" required by law in that precinct, the remaining number should consist of paper-ballot voting booths.

4.      In order to remain consistent with the Secretary of State's guidance on ensuring voter privacy, BMDs should be arranged in accordance with the following principles.

a.      Voters who are checking in, waiting in line, or using a magnifying station should not be able to see the screen of any BMD.

b.      Poll workers should not be able to see the screen of any BMD except when necessary to assist a voter.

c.      BMD screens should face the wall and should preferably be positioned back to back rather than side by side.

d.      If BMDs are positioned side by side, there should be an extended privacy screen between them, as illustrated by the attached photo.

e.      BMDs should be arranged so that no voter has to walk behind any other voter in order to get to a machine. Aisles of BMDs (see attached photo) are therefore strongly discouraged.

f.      There should be no more than two BMDs on any banquet table.

5.      A paper-ballot voting booth could be a table or a part of a table if appropriate screening is used to ensure voter privacy.  See the attached photo.  A provisional voting station counts as a "voting booth or enclosure" as long as it meets this guideline.

6.      Paper ballots—and paper-ballot voting booths—should only be used in cases of emergency.  Under the Georgia Administrative Code, examples of emergencies justifying the use of paper ballots include "power outages, malfunctions causing a sufficient number of electronic ballot markers to be unavailable for use, *or waiting times longer than 30 minutes*." Ga. R. & R. 183-1-12-.11(2)(d).

All poll managers should be trained on the use of paper ballots in the case of an emergency and should be instructed to monitor the length of the lines.  If, in the poll manager's judgment, waiting times are longer than 30 minutes, paper ballots should be used (in addition to BMDs) until the emergency is resolved.

7.      No number of voting booths is required during the early voting period.  Accordingly, guidelines 1 and 2, above, do not apply.  However, early voting locations should be arranged in a manner that is consistent with guidelines 3 and 4.

**AND BE IT FURTHER RESOLVED,** that the foregoing shall become and is the policy of the Athens-Clarke County Board of Elections and Registrations.

SO RESOLVED this 1st day of April, 2020.


_____          _____
Jesse Evans, Chairperson                  Charles Knapper, Vice Chairperson


_____          _____
Willa J. Fambrough, Secretary             Patricia A. Till, Member


_____
Rocky Raffle, Member

Exhibit 8

**Henry County Board of Elections**
**May, 2020 meeting**

**Dan Richardson** 39:34
Okay, thank you, thank you, Board Member Brown. Okay. Seeing no other comments on that topic, we move down to the next one, which is an update on the personal protection equipment. Madam Director.

**Ameika Pitts** 39:50
Yes, sir. Um. In the beginning we had a set number of what we were wanting and needing and it was getting detrimental not getting those things. And so after networking with a county manager as well as fleet maintenance, we gave them a list, and we have been communicating much more. And we found out that although we were not receiving what we were needing, I guess, and we felt like should have been timely, is that there was a lot of orders going out, and they were, there was a long time a period of things going back and stop. And I can report today that as things are coming in, we are getting our numbers. Not all of them close, but we were getting our numbers, and I was, and that was something that I was hoping that we wouldn't have a problem with is making sure that we have the PPE equipment for the safety of the poll workers and end voters, you know, the community, as well. But I'm very happy to report that then, with almost every other day we're getting things in now before it was just a little box or two. But, yeah, those things have changed and I'm happy to report that and has increased.

**Dan Richardson** 41:0[CGG]And so, board members I want to just point out two things. One is on the state call today. They did make an announcement that counties that were in need, is that they can make a request and **the state would distribute some protection equipment, they did not know the exact numbers**, because they need to receive the request to determine how much they were able to fulfill. They did make a point and wanted to be very clear that **this responsibility resides at the county level**. The state is just trying to facilitate the process to make sure that everyone have what they need. In addition to that, I have been conversing with Madam Director and I sent an email this morning to a local supplier. That's actually **Global Watchdog, Incorporated**. They will be able to provide hand-held

thermometers, gloves, lint-free alcohol wipes, hand sanitizers, and face shields and masks to include the N95 masks, if we feel that there's a need.

Exhibit 9

**Henry County Board of Elections Meeting**
**May 2020 meeting**

**Ameika Pitts**  22:24
That is potentially part of the issue – it's two things that we really need to push.
Drop off was the spike up this week but as well as I had applications come into my
inbox. And it took a minute with a few trial and errors with it for us to work out
how to get them from my inbox, so that the staff can have access to them. And as
of this morning when I talk with them. We have taken care of those. Those have
been broken down and being processed as we speak, and also the state did inform
us that the vendor that is sending out the ballots –I was, if I remember correctly –
they're anywhere from two to three weeks being behind. So that is also some of the
reasoning why some of them have not been reached. Okay. So, in terms of us,
when we say that we brought in additional people do we need to bring in more? Or
are we adequate? I feel that we're  adequate at a time because I feel like we are …
we're at the brim of what we need to have and as far as space. Um, and so that's
why I said I'm hoping that adding more people to our process of what we're doing
to get them done. I'm hoping to this will bump up the percentage, and then if not
then I do have other plans that I want to introduce to the staff to get things rolling a
little bit faster.

**Dan Richardson**  24:01
So, okay, okay. I think, I think we definitely need to do whatever we need to do to
get that number up. Initially, because I, I wrote it down. And I thought that I heard
6.63, and, I was hoping that I heard 66%, and to just be very honest with you, I
would have thought that the 66% would have been a lot. So I'm really concerned
about where we are. And I think that we need to make sure that we're pulling out
all the stops to get where we need to be. But my question along those lines are,
what should be our official communication to the citizens who are contacting
myself and other board members and trying to contact the office, regarding the
status of their ballots?

**Ameika Pitts**  24:58
Well one of the things and one of the questions that have been asked a lot is one of
the ones that you say that they have said at some time back and they haven't heard

anything, um, that reasoning is like I said from getting information from our emails as well as the massive amount that comes in the breakdown of getting everything prepared to process. It is just – it is a process. And then second question that has been really big is, if a spouse receives their ballot, and the other spouse has not, and they sent it at the same time. And that, not to look at, you know, lie blame with anyone because first thing we would do is to check and make sure that they've been entered. And if they've been entered, we just explain to them at that point that it goes with state vendor pulling those and sending those out and we do let them know that you know staying informed us that they're behind, and then also the mail system. There's nothing that we do with Postal Service making sure that they get things. And as they say, they send out the same time they feel like they should get it back at the same time and we just advise them to give it a couple days because if we cancel them, and reissue – which is some of the things that some people have mentioned – it just puts them back at the end. And so we try to ask them to the best of their patience ability to give it a couple of days, but sometimes soon as they do that, it shows up within a day or two. And now, they can't use that because that one has been cancelled and re-issued. So those are the two biggest issues that we're having as far as that and questions and …

**Dan Richardson** 26:41
Okay, so the thing is, I was I was on the state call today. And I know previously they had talked about the non-receipt, or not non-receipt – sorry, the ballot tracking that's going to be available, and they had hopes that reporting for that would be up as early as this afternoon. Will that help us? In the case where the ballots have been requested? And it perhaps is in the mail process, and it's my understanding with this ballot tracker, they will be able to determine if that ballot is out on a mail delivery for today, or whether it's sitting in a post office. Is that, is that correct?

**Ameika Pitts** 27:24
[CGG]That is my understanding and I am waiting to get official communication from them, explaining this. That was something that was not aware they were doing, of course, and that would be helpful. We have been advising people to check in MVP, and keep an eye on that because not only does it tell you where your ballot is, if your ballot has been mailed out, or has your application to received? It also lets you know once you complete your ballot in the middle of the

end that the office has proceeded so that that's one of the things that I have been pushing, but when they explained that this morning. I am excited about finding out exactly how all that's gonna take place. But that is my understanding. It's supposed to be a little bit more detailed. It will be giving us a true tracking.

Exhibit 10

Marks Declaration
Exhibit 10

**May 7, 2020 Faith and Freedom Coalition of Georgia**

Rep. Cantrell:

But if you apply for you got your absentee ballot, but then you decide you want to vote in person. Did y'all talk about?

Sec. Raffensperger:
No, we didn't, but that's a good question. I've been telling people to bring the ballot with them. They have to otherwise it's going to be counted. Otherwise, it gets counted as it's been cast. So please, if you decided to want to change your mind, you have to bring it with you. And then you can decide to drop it in there or it's up to you how you want to handle that But without bringing it there. That's the situation that we have right now. So that's good advice. Thank you, Representative Cantrell.

Exhibit 11

**Forsyth Board May Meeting:**

**Mandi Smith** 58:26
Well, it is what it is, to some extent, I mean, but in terms of limiting the number of people, I mean, that's going to play in. So if we say we're only going to have four or five poll workers, then we can go back and look at the list and see if we can get maybe assistant managers who are willing to step up and be a manager, but at a different polling place. You know, we might have some folks to, to leave their normal polling place where they're assigned because if it's limited we can have enough we can still sprinkle in our more experienced poll workers with our less experienced poll workers. We have had folks reach out. I know the state has had a big push and a big campaign for folks who are interested in being a poll worker, particularly those folks who do work within those categories that they're still saying are in high risk. We're interested. We've not pursued that too much, because we're waiting to see some direction from you guys. And at the end of the day to get, if that's brand new people, at least – Yeah, we have a process. We sort of vet people when we have our meet and greets. We have training. You know, these will be brand new people with very limited training. So we're going to have to still pair them with some sort of experience poll worker. We know gobs, you can't just be thrown out the to the curb. There's a lot more to it, to being a poll worker. It's a very big responsibility. And I know they all take it very seriously. And they're there to do a great job. So circling back around, and it all kind of plays in together. So depending upon how many workers in general we want to get these polling place, then that also lends itself to **how much equipment do you put out**? We know and we've had many discussions about the challenges we were facing with meeting the rule when it comes to you know, **a piece of equipment for every 250 voters**. **There is no way you can do that and maintaining social distance** and, and and make sure that you know, there's there's room enough to keep people apart from each other. So the issue becomes, "how many to put in any given room?" It's like, okay, so say you have five machines. Well, then you have the potential of having five voters. And then and you can't have more than 10 people in the room, as long as it's kept apart from each other. We are familiar with our polling places. And we know we have very few polling places where you're going to be able to have much more than 10 people in the room and be comfortably kept apart from each other. Right. So I'm sorry, what are your thoughts on?

**Barbara Luth** 61:42
Well, I think for that last week, we're going to have to open more sites if we can, but they're going to be limited. **We're not going to be able to put the amount of equipment out there that we normally put** – which, in essence is sort of good because you don't have to test it. You know, get what I'm saying, if we can only put I mean, if we can't put 20 machines someplace because we can't social distance, then we're gonna have to figure out how many we can put in. And still, especially for advanced voting. **I know we're gonna have to do for Election Day, too.** But for advanced voting, we're going to have to do that too. So we're gonna stay the first two weeks in our office, which is going to be a challenge anyway, because of using the office for other things.

**Matthew Blender** 62:39
Mandi?

**Mandi Smith** 62:41
Yes.

**Matthew Blender** 62:45
In general terms, because of the social distancing that's required, in any polling place, **we're going to have to cut back on the amount of equipment by about 50%**. Would that be a fair statement?

**Mandi Smith** 63:00
I think 50% honestly. Yes.

**Matthew Blender** 63:06
So among the advanced voting locations other than the office It seems to me that that Sharon and Midway are real – gonna be real choke points in that regard. Are we going, are we going to get the bigger room at the Hampton Library? That's …

**Mandi Smith** 63:31
Right. We were on track for the big room and for Hampton Library all year. So that's not an issue. Yeah. And I will I will put out there for your consideration. And I mean, we've given thought, and of course, nothing is set in stone, but in terms of how to use our office and for the first place that will open … Obviously, we've got our room, I'm gonna empty, shifting people. either, because right now, that's where we have people working on missing applications. **But some things to think about are the fact that in terms of maintaining the line, we know they can go out our door, down the side of the building on the sidewalk, we can have a poll worker keeping it so that they don't go across the road. They can then go up the sidewalk, back toward the tax commissioner's office. And frankly, they could go back down on the sidewalk all the way to town if they needed to. Comfortably park down the sidewalk.** It's not funny. Like the lines when you go to the grocery store.

**Joel Natt** 64:45
more tape across the sidewalk and six feet markers so that people know how to step up to here. Exactly.


# Effingham County Board Meeting


**Olivia Morgan** 06:19
Yes, yeah. So it makes it more complex. And then we're also limited to, you know, based on the 10 people per room guideline, that makes it more difficult. We've posted

notices about each of the rooms where voting will be taking place at, and they will be monitored by staff. We set up a PPE table in the waiting area leading into the voter check-in room, the signage, encouraging voters to use them. Hopefully they'll use them before they even start, you know, we'll have gloves and sanitizer. We're limiting it to get bought food and handling gloves, one per voter. We are limited to four voters in the check-in room at one time since we we have to have five to six staff members in there to process everybody. Also in the voting room. with maintaining the six foot I could only fit 7 BMDs back there, For the last election the march election we had 12 so that cuts back on how many people can be voting at one time. Also including an area where 4 additional voters can wait in line at the scanner and still maintain the six feet. We will still have the ballot review station setup since it will be a very long ballot and it prints on both sides of the paper. Voters should take advantage of that and definitely use the review station. Hopefully they will. Based on the limitations I expect that early voting process will be quite a bit slower than usual and lines will be longer than usual. And Laura correct me if I'm incorrect. Review of absentee ballots. Over 7000 absentee ballot applications have been processed and we are still receiving daily by mail and email and people dropping them off. Over 1000 completed ballots have been received. We're still using our mailbox as an after hour Dropbox. We have a ballot box in front of Sharon's desks for voters to walk in and drop their ballots in. Also, since the states contracted with a third party to mail ballots, we have become aware that instead of including an inner white envelope inside of the ballot assembly they did sent a secrecy sleeve, which is essentially a piece of paper. And then instructions still say an envelope for that. Confused a lot of our voters. I did post information about it on our website. It's on the initial homepage on our page and then it also is included on our phone menu message now to instruct voters how to use this. And for any of you that didn't get a ballot, or so you'll know, it's just you fold your ballot, put it inside. Fold the sleeve and then you don't have to seal it or anything and we prefer that they don't because that's going to take the absentee crew a lot longer to get them back open on election night. And then just put it inside of the oath envelope like they normally would. Also due to the applications being sent out by the state, there were over 2000 voters on the rollover list. So that means that we will have to mail over 2000 ballots out as soon as possible for the runoff election. We do not believe at this time the state is going to use the vendor for the runoff so that means we have to mail it all. Also we received a lot of calls from voters that said they received their ballot but they have decided they want to vote in person instead. We are asking that voters bring their ballot to the office to have it canceled, or they will need to bring it with them to the polling place on election day to have a canceled. If they never received their ballot, then they will have to complete a cancellation affidavit in order to vote. That kind of helps us out where every single person, you know, if they're bringing back a ballot, and you can determine, "Yes, this is you and this is your ballot that you're trying to cancel," then they can skip the step of calling us with every single voter for us to check. So that'll free up us on election day. But we have specific procedures for them to follow for that. We know. And this could also you know, we all probably have a lot of people doing that for early voting too. But that's gonna slow down things because there's paperwork involved. We've got to check things to cancel those ballots. For Election Day, I purchased face masks, latex gloves and hand wipes for thePoll Pad table. We will also have disinfectants to sterilize the machine. For anybody

who doesn't, you know want to use the sanitizer or the gloves we will still be sanitizing the machine. They're also faced with some difficulty with determining how to follow the law and also the social distancing guidelines in regards to the equipment. By law we are required to send out one BMD per 250 registered voters per precinct. To see Bible Lutheran which is our largest polling location in regards to voter registration number. They would require 16 BMDs. It is just not possible to set up 16 BMDs. The scanner and security barrier, and maintain social distancing guidelines and also have not more than 10 people in enclosed area in the public area. Trying to get guidance from the state. The counties haven't received any. They're pretty much saying, "Contact your county attorney. Contact your health department," so, haven't gotten anything. So in an effort to comply with the law and guidelines, we will be instructing each polling location to post a "space enclosed" notice on every other BMD that cannot be separated by six foot either by room constraints, electrical constraints or exceeding the 10 people within the enclosed space. But the ADA acessable unit will always be open. If a location can accommodate the guidelines and have all the, all the BMDs available then they will. Sharron and Brandon the new tech and I will be going to every polling location on delivery day to double check after the delivery crew and mark official distance for the polls and try to set up the room to accommodate social distancing guidelines. Election Day We will have additional phone support here at the office. We will have five additional poll workers assisting with the phones and the voters walking into needing to know where they go vote at office staff will be handling the more difficult calls and Brandon will be assisting with any equipment calls from the polling location for election night, Laura will definitely need a larger crew and we will begin the absentee process early. We haven't determined a specific time yet we'll wait till we get a little closer and see exactly how many ballots we have. Of course, no results will be tabulated until after seven but the process of opening only envelopes and counting them into batches to be scanned will be very time consuming. The voting room will be transformed into the tabulation and public viewing room. We will have the projector setup to display results as they're uploaded and a seating area for candidates to public.

Exhibit 12



# APPENDIX – CONTINGENY ELECTION PLANNING COVID-19

**Due to the current COVID-19 pandemic, the Athens-Clarke County Board of Elections proposes the following contingency plan for the June**

**9, 2020 Primary Election.    This document should serve as an outline for that plan to include the following:**

1. **Athens-Clarke County List of Polling Locations**
2. **Current Condition – How did we get here?**
3. **Condition requirements under Federal Guidelines.**
4. **Alternative Polling locations in the event of the pandemic.**
5. **Election workers shortage/requirement for the plan.**
6. **Sample of plans and alternatives.**
7. **Supplies and assistance needed to carry out the plan.**
8. **Maps, drawings and set-ups to carry out the plan.**
9. **Absentee Voting process and contingency plan.**
10. **Sanitation Practices for use under COVID-19 conditions at the polling locations.**

**The purpose of the Contingency Plan is to set the processes to carry out during Elections during the COVID-19 pandemic or other incidents, which may inhibit the department from serving the public and/or conducting an election.**

**As we are hopeful that we will be able to proceed with use of all 24 polling locations, we must prepare for the foreseeable.**

*Draft Revised May 13, 2020*

THE UNIFIED GOVERNMENT OF ATHENS-CLARKE COUNTY, GEORGIA
OFFICE OF THE BOARD OF ELECTIONS & VOTER REGISTRATION
P. O. Box 1828 ● Athens, Georgia  30603          (706) 613-3150 ● Fax (706) 613-3840
www.accgov.com

1 | P a g e

# ATHENS-CLARKE COUNTY POLLING LOCATIONS & ADDRESSES – 2020 GENERAL PRIMARY ELECTION

| Precinct Name | POLLING LOCATION | ADDRESS |
|---|---|---|
| 1A | WINTERVILLE TRAIN DEPOT | 125 N Church Street; Winterville 30683 |
| 1B | ACC TENNIS CENTER * | 4460 Lexington Road; Athens 30605 |
| 1C | BARNETT SHOALS ELEMENTARY SCHOOL * | 3220 S Barnett Shoals Road; Athens 30605 |
| 1D | WHIT DAVIS ELEMENTARY SCHOOL | 1450 Whit Davis Road; Athens 30605 |
| 2A | JUDIA J HARRIS ELEMENTARY SCHOOL | 2300 Danielsville Road; Athens 30601 |
| 2B | HOWARD B STROUD ELEMENTARY SCHOOL | 715 Fourth Street; Athens 30601 |
| 3A | CLARKE CENTRAL HIGH SCHOOL | 350 S Milledge Avenue; Athens 30605 |
| 3B | ACC THOMAS LAY PARK | 297 Hoyt Street; Athens 30601 |
| 4A | ATHENS TRANSIT MULTI-MODAL CENTER | 775 E Broad Street; Athens 30601 |
| 4B | ACC MEMORIAL PARK | 293 Gran Ellen Drive; Athens 30606 |
| 5A | OGLETHORPE AVENUE ELEMENTARY SCHOOL * | 1150 Oglethorpe Avenue; Athens 30606 |
| 5B | WHITEHEAD ROAD ELEMENTARY SCHOOL | 555 Quailwood Drive; Athens 30606 |
| 5C | CHASE STREET ELEMENTARY SCHOOL | 757 N Chase Street; Athens 30601 |
| 5D | ACC FLEET MANAGEMENT FACILITY | 255 Newton Bridge Road; Athens 30607 |
| 6A | CLEVELAND ROAD ELEMENTARY SCHOOL | 1700 Cleveland Road; Bogart 30622 |
| 6B | GA SQUARE MALL UPPER LEVEL, **NEAR SEARS** (as of 6/9/2020) | 3700 Atlanta Highway; Athens 30606 |
| 6C | TIMOTHY ROAD ELEMENTARY SCHOOL | 1900 Timothy Road; Athens 30606 |
| 6D | FIRE STATION #4 OGLETHORPE AVENUE | 900 Oglethorpe Avenue; Athens 30606 |
| 7A | UNITARIAN UNIVERSALIST FELLOWSHIP * | 780 Timothy Road; Athens 30606 |
| 7B | ATHENS REGIONAL LIBRARY (as of 11/18) | 2025 Baxter Street; Athens 30606 |
| 7C | FIRE STATION #3 FIVE POINTS | 1198 S Milledge Avenue; Athens 30605 |
| 8A | GAINES SCHOOL ELEMENTARY SCHOOL | 900 Gaines School Road; Athens 30605 |
| 8B | CEDAR SHOALS HIGH SCHOOL | 1300 Cedar Shoals Drive; Athens 30605 |
| 8C | FIRE STATION #7 BARNETT SHOALS ROAD | 2350 Barnett Shoals Road; Athens 30605 |

(*) New location as of June 9, 2020

# CURRENT CONDITION

## How Did We Get Here?

On March 14, 2020, the Secretary of State's Office announced postponement of the March 24, 2020 Presidential Preference Primary Election, announcing that it will be held in conjunction with the General Primary & Non-partisan Elections scheduled for May 19, 2020.

Then, on April 9, there was an announcement that the General Primary Election is extended to June 9, 2020.

Since March 19, 2020, the Unified Government of Athens-Clarke County is operating under a shelter in place ordinance and mandated to practice social distancing by limitations of less than ten gathering.

Due to the mandates placed on our jurisdiction and the status of COVID-19, this office has implemented the challenges, strategies, needs and requirements listed in this document.

On pages 5-8, we are providing the criteria that we will follow if the crisis has not improved by May 10, 2020 as it relates to our Advance Voting locations.  Advance Voting will begin on Monday, May 18, 2020 at the Board of Elections Office.


**REMEMBER, PERSONAL HYGIENE AND SAFETY IS IMPORTANT!**

# CONDITIONS REQUIRED UNDER GEORGIA STATE GOVERNOR KEMP'S EXECUTIVE ORDER,

## MARCH 14, 2020

### State of Georgia Executive Order:

Code Section 38-3-51(c)(4) vests the Governor with the powers and duties to promote and secure the safety and protection of the civilian population.

1. No county shall allow more than ten (10) persons to be gathered at a single location if such gathering requires persons to stand or to be seated within six (6) feet of another person. (so ordered)
2. BOE "Critical Infrastructure" shall implement measures which mitigate the exposure and spread of COVID-19 among its work force. (so ordered)
3. Screen workers who exhibit signs of illness such as fever, cough, or shortness of breath. (1, critical infrastructure)
4. Require workers who exhibit signs of illness to not report to work or to seek medical attention. (2, critical infrastructure)
5. Enhance sanitation as appropriate in the workplace. (3, critical infrastructure)
6. Require handwashing or sanitation by workers at appropriate places within the location. (4, critical infrastructure)
7. Provide personal protective equipment as available and appropriate to the function and location of the worker within the location. (5, critical infrastructure)
8. Prohibit the gathering of workers. (6, critical infrastructure)
9. Provide disinfectant and sanitation products to clean the workspace and equipment. (13, critical infrastructure) Prohibiting handshaking and other unnecessary person to person contact. (14, critical infrastructure)
10. Placing notices to encourage hygiene at the entrance of the building. (15, critical infrastructure)

The BOE's priority is protecting the staff and public from disease spread while providing appropriate opportunities to carry out a citizens' civic right to cast an in-person ballot during the Advance Voting period and at the polling locations on Election Day.

# ADVANCE VOTING (Three weeks prior Election Day)
## Dates:  Monday, May 18 – Friday, June 5, 2020
## Location:  Board of Elections Office
## 155 E Washington Street; Athens, GA 30601

| Challenge(s) | Strategy | Supplies Needed | Assistance Required |
|---|---|---|---|
| • Minimal staff<br>• Maintain less than 10 people in the space at a time.<br>• Voters will remain in vehicles until instructed to enter the building. | • Implement a system of car lines/parking (refer to voting route attached)<br>• Maintain a minimum of four staff positions outside the voting area (in our cubicle workstation and offices behind locked access doors).<br>• One elections clerk fielding phone calls/questions and performing daily work will operate the office. The remaining three are Director Charlotte Sosebee, Elections Assistant Pamela Long, and Administrative Assistant Aletha Perkins; three BOE staff will serve as Poll workers operating the Advanced Voting Location – a manager and two assistant managers needed, by law, to staff a polling location. Two will perform the function of check in. One will operate the tabulator and assist voters when necessary.<br>• This leaves space for three voters in the office at a time.<br>• One poll worker will operate the door and direct the controlled entrance and exit of voters.<br>• ACC Gov. Employees from other departments will provide needed personnel (number undetermined) to manage the car line along Washington Street and through the downtown parade route for as far as cars extend.<br>• We will allow occupants of the lead car into the office to vote. The occupants of additional cars will also enter the office at the same time if the total number of voters inside the office is less than the maximum of three (allowing for those who require/bring assistance).<br>• Voters who arrive on foot – we will mark 6 feet spacing on the ground with tape to maintain social distancing.  The voters will be interspersed/alternated with the car riders lined up to vote.<br>• Voters will receive items for proper protection/sanitation upon entering the office to dispose of such items upon exit.<br>• Between each round of three voters, (only three units provided for voting) staff will sanitize all equipment by wiping with alcohol wipes or some version thereof.  Poll Workers will wear proper PPE at all times. | • Gloves<br>• Masks<br>• Tissue to wrap & transfer DLs to poll worker<br>• Hand sanitizer<br>• Alcohol wipes<br>• Other recommended supplies<br>• ACC Gov. or BOE must procure & provide Bio-waste disposal containers/bags and dispose of bags in the proper manner.<br><br>**Equipment Needed**<br>• 3 BMDs – one ATI<br>• 2 UPSs<br>• 1 ICP tabulator<br>• 2 Poll Pads<br>• 2-25ft extension cords<br>• Provisional Ballot Area & Magnifying Station<br>• Voter's Certificates<br>• Advanced voting paperwork | • Directing traffic and car line<br>• Placing directional signs, cones, etc. directing traffic along parade or alternate route<br>• Delivery of elections equipment on 5/15, Friday before Advanced Voting begins<br>• Pick up of elections equipment after 5:30pm on 6/5. |

# Location:  Miriam Moore Community Center
## McKinley Drive; Athens, GA 30605

| Challenge(s) | Strategy | Supplies Needed | Assistance Required |
|---|---|---|---|
| <ul><li>Minimal staff</li><li>Maintain less than 10 people in the space at a time.</li><li>In order to maintain social distancing we will allow three voters in the room at one time.</li><li>The parking lot is shared with East Athens Health Department. They will need access to parking spaces for their patients. Confirm with the two offices (East Athens Development Corporation and the Health Department) how many parking spaces are available for the use of voters.</li></ul> | <ul><li>Six poll workers will staff this location; one will direct entrance and exit of voters at the outside door; Manager will perform his/her poll management duties; two will operate check in stations; one will roam the room to address questions and provide assistance.</li><li>This leaves space for four voters.</li><li>Voters enter the voting space through the interior door and exit the exterior door into the parking lot.</li><li>ACC Gov. Employees will use numbering system such as laminated numbered 8x11 cards placed on the windshield that voters return as they enter the building (or a worker retrieves from the car to avoid passing contact with voters). This will designate the voting order.</li><li>Place signs to direct cars to enter the parking lot from the left side of McKinley Drive and exit out to the right.</li><li>If a line forms there will be a plan to keep the cars from blocking the spaces in front of the Athens' Neighborhood Health Center located nearby on McKinley.</li><li>We will direct voters in need of an ADA access to park in spaces nearest the building entrance and allowed to go inside at the earliest available time.</li><li>Hold at least one space open on the side of the building for an ADA voter's arrival, at all times.</li><li>Voters who arrive on foot – we will mark 6 feet spacing on the ground with tape to maintain social distancing.  The voters will be interspersed/alternated with the car riders lined up to vote.</li><li>Voters will receive items for proper protection/sanitation upon entering the office to dispose of such items upon exit.</li><li>Between each round of three voters, (only three units provided for voting) staff will sanitize all equipment by wiping with alcohol wipes or some version thereof.   Poll workers will wear proper PPE at all times.</li></ul> | <ul><li>Gloves</li><li>Masks</li><li>Tissue to wrap & transfer DLs to poll worker</li><li>Hand sanitizer</li><li>Alcohol wipes</li><li>Other recommended supplies</li><li>ACC Gov. or BOE must procure & provide Bio-waste disposal containers/bags and dispose of bags in the proper manner.</li></ul> **Equipment Needed** <ul><li>3 BMDs – one ATI</li><li>2 UPSs</li><li>1 ICP tabulator</li><li>2 Poll Pads</li><li>2-50ft extension cords</li><li>1 ADA Height table</li><li>Provisional Ballot Area & Magnifying Station</li><li>Voter's Certificates</li><li>Advanced voting paperwork</li></ul> | <ul><li>Directing cars to park in the appropriate parking spaces and using the laminated cards to "line up" voters.</li><li>If needed, directing traffic line from McKinley Drive into the parking lot and directing exiting traffic to turn right onto McKinley Drive for safe exit.</li><li>Placing signs leading to the beginning point on McKinley Drive and down both roads leading to McKinley. Place signs for NO ENTRANCE and NO EXIT at the proper points on McKinley Drive, properly leading traffic to and away from the parking lot.</li><li>Delivery of elections equipment on 6/1, Friday before Advanced Voting begins at this location.</li><li>Pick up of elections equipment after 5:30pm on 6/5.</li></ul> |

# Location:  ACC Regional Library
## Baxter Street; Athens, GA 30606

| Challenge(s) | Strategy | Supplies Needed | Assistance Required |
|---|---|---|---|
| • Minimal staff<br>• Maintain less than 10 people in the space at a time.<br>• In order to maintain social distancing we will only three voters in the room at one time. | • Consisted of eight workers, one worker who will direct entrance and exit of voters at the outside door will staff this location; one will remain in lobby area to manage social distancing and direct voters into meeting room where voting will is held. This person will be responsible for alerting door attendant of the number of voters to let inside the building at any given time.<br>• Staff consists of a Manager, who will perform his/her poll management duties; three who will operate check in stations; one will operate the tabulator; one will roam the room for questions and assistance.<br>• Voters enter the voting space through the interior door and exit the exterior door into the parking lot.<br>• ACC Gov employees from other departments will provide needed personnel (number undetermined) to manage the car line around the parking lot to the library front entrance.<br>• Utilize the large number of parking spaces instead of forming a line. Direct cars into predetermined order of spaces.<br>• Use numbering system as alternative to line, such as laminated numbered 8x11 cards placed on the windshield that voters return as they enter the building (or a worker retrieves to avoid passing contact with the voter).<br>• Voters requiring ADA entrance ramps or assistance will be directed to drive up to the building entrance and allowed to go inside at the earliest available time.<br>• Occupants of the lead car will be allowed into the building to vote. The occupants of additional cars may be allowed inside at the same time if the total number of voters inside the meeting room is less than the maximum of four.<br>• Voters who arrive on foot, will be directed by the outside poll worker to line up in designated area. Mark six foot spacing on the ground to maintain social distancing. The voter's will be given interspersed/alternated with and overflow car riders sent up the steps to vote.<br>• Voters will receive items for proper protection/sanitation upon entering the office to dispose of such items upon exit.<br>• Between each round of three voters (only three units provided for voting), staff will sanitize all equipment by wiping with alcohol wipes or some version thereof.   Poll workers will wear proper PPE at all times. | • Gloves<br>• Masks<br>• Tissue to wrap & transfer DLs to poll worker<br>• Hand sanitizer<br>• Alcohol wipes<br>• Other recommended supplies<br>• ACC Gov. or BOE must procure & provide Bio-waste disposal containers/bags and dispose of bags in the proper manner.<br><br>**Equipment Needed**<br>• 4 BMDs – one ATI<br>• 2 UPSs<br>• 1 ICP tabulator<br>• 3 Poll Pads<br>• 2-50ft extension cords<br>• 1 ADA Height table<br>• Provisional Ballot Area & Magnifying Station<br>• Voter's Certificates<br>• Advanced voting paperwork | • Directing traffic and car line<br>• Placing signs directing traffic on appropriate path around the Library parking lot<br>• Delivery of elections equipment on 6/1, Friday before Advanced Voting begins at this location<br>• Pick up of elections equipment after 5:30pm on 6/5. |

# Location:  Cooperative Extension Office
## Athens, GA 30606

| Challenge(s) | Strategy | Supplies Needed | Assistance Required |
|---|---|---|---|
| • Minimal staff<br>• Maintain less than 10 people in the space at a time.<br>• In order to maintain social distancing we will only allow three voters in the room at one time. | • Six poll workers will staff this location; one will direct entrance and exit of voters at the outside door; Manager will perform his/her poll management duties; two will operate check in stations; one will roam the room to address questions and provide assistance.<br>• This leaves space for four voters.<br>• Voters enter the voting space through the interior door and exit the exterior door into the parking lot.<br>• ACC Gov. Employees will use numbering system such as laminated numbered 8x11 cards placed on the windshield that voters return as they enter the building (or a worker retrieves from the car to avoid passing contact with voters). This will designate the voting order.<br>• Place signs to direct cars to enter the parking lot.<br>• If a line forms there will be a plan to keep the cars from blocking the spaces in front of the Cooperative Extension Office.<br>• We will direct voters in need of an ADA access to park in spaces nearest the building entrance and allowed to go inside at the earliest available time.<br>• Hold at least one space open on the side of the building for an ADA voter's arrival, at all times.<br>• Voters who arrive on foot – we will mark 6 feet spacing on the ground with tape to maintain social distancing.  The voters will be interspersed/alternated with the car riders lined up to vote.<br>• Voters will receive items for proper protection/sanitation upon entering the office to dispose of such items upon exit.<br>• Between each round of three voters, (only three units provided for voting) staff will sanitize all equipment by wiping with alcohol wipes or some version thereof.   Poll workers will wear proper PPE at all times. | • Gloves<br>• Masks<br>• Tissue to wrap & transfer DLs to poll worker<br>• Hand sanitizer<br>• Alcohol wipes<br>• Other recommended supplies<br>• ACC Gov. or BOE must procure & provide Bio-waste disposal containers/bags and dispose of bags in the proper manner.<br>**Equipment Needed**<br>• 4 BMDs – one ATI<br>• 2 UPSs<br>• 1 ICP tabulator<br>• 2 Poll Pads<br>• 2-25ft extension cords<br>• 2 tables; one being an ADA Height table<br>• Provisional Ballot Area & Magnifying Station<br>• Voter's Certificates<br>• Advanced voting paperwork | • Directing cars to park in the appropriate parking spaces and using the laminated cards to "line up" voters.<br>• If needed, directing traffic line from Cleveland Road and directing exiting traffic for safe exit.<br>• Placing signs leading to the beginning point on Cleveland Road leading to Cooperative Extension's entrance. Place signs for NO ENTRANCE and NO EXIT at the proper points on McKinley Drive, properly leading traffic to and away from the parking lot.<br>• Delivery of elections equipment on 6/1, Friday before Advanced Voting begins at this location.<br>• Pick up of elections equipment after 5:30pm on 6/5. |

# ELECTION DAY VOTING

The Combined Presidential Preference Primary (PPP), General Primary and Non-partisan Elections will take place on June 9, 2020. It remains indefinite as to whether the State will continue under shelter in place orders or if the crisis will have abated. Because of these unknown factors, many of our precinct locations are not available for use unless the crisis has passed and the State and/or County reopens the buildings.

Five locations have indicated they will allow us into the building to hold this election. The remaining 19 are closed or hesitant under the current situation.

In addition, every operating location will follow the listed options provided in this document, listed as option #1, 2 or 3.

**Note:**  All operating locations will serve as an **Absentee Drop-Off Location** from 7am to 5pm on Election Day. At 5:30pm, a member of the Board of Elections will collect the Absentee Ballots and deliver to the tabulation location, 2555 Lexington Road, to the Absentee Ballot Team.

We will implement the following plans if the crisis has not improved by June 1, 2020, incorporating the continued process of proper hygiene and social distancing mandate as noted on pages 23-26 of this document.  We will operate with using all of our current 24 polling locations listed on page 2.

We will make clear indication of the 6-feet barrier per person by placing marks on the floor/ground at each location where lines are formed.

Listed are three options for voting on Election Day as it relates to loss of locations. State Law provides guideline related to emergency polling locations, shown on page 10 to support options listed in this document.

Directions and information leading up to Election Day will be posted on the home page of our website, our Face Book page; include a Legal Notice in the paper and share with all media circuits.

# OFFICIAL CODE OF GEORGIA ANNOTATED

## O.C.G.A. §21-2-265

(a) The superintendent of a county or the governing authority of a municipality shall select and fix the polling place within each precinct and may, either on his, her, or its own motion or on petition of ten electors of a precinct, change the polling place within any precinct. Except in case of an emergency or unavoidable event occurring within ten days of a primary or election, which emergency or event renders any polling place unavailable for use at such primary or election, the superintendent of a county or the governing authority of a municipality shall not change any polling place until notice of the proposed change shall have been published for once a week for two consecutive weeks in the legal organ for the county or municipality in which the polling place is located. Additionally, on the first election day following such change, a notice of such change shall be posted on the previous polling place and at three other places in the immediate vicinity thereof. The occupant or owner of the previous polling place, or his or her agent, shall be notified in writing of such change at the time notice is published in the legal organ.

(b) Except in case of an emergency or unavoidable event occurring within ten days of a primary or election, which emergency or event renders any polling place unavailable for use, if a petition is presented to the superintendent of a county or the governing authority of a municipality on or before the day set for hearing of the petition for change of a polling place, signed by 20 percent of the electors of the precinct objecting to the proposed change, such change shall not be ordered.

# OPTION #1

## Combined Election Day Locations

**Challenge/objective:**

A.  Three of the locations that are open are large enough to accommodate two or more precincts.
B.  Four of the locations in maybe/hold status are large enough to accommodate two or more precincts.
C.  After combining as many as possible, four of our largest precincts would remain at their current locations. These will be set up to vote outside the buildings, under cover near the school entrances. There would need to be a contingency plan for inclement weather.

| LOCATION | STRATEGY | VOTERS |
|---|---|---|
| 7B – ACC Library | Service three precincts.  As of 4/5/2020, the Library has confirmed availability.  Use meeting rooms #1 through 3 with partitions. Utilize the same social distancing and parking/car loop plan developed for Advanced Voting. | 7B – ACC Library<br>3A – Clarke Central HS<br>5A – Oglethorpe Ave School |
| 4B – Memorial Park | Service two precincts. As of 4/5/2020, Memorial Park has confirmed availability. Use main room and meeting room to separate precincts. Utilize similar plan as developed for Advanced voting at the Library with car loop or designated parking spaces with ACCGov employees directing traffic flow. | 4B – Memorial Park<br>(voters use Community Rm)<br>7C – Fire Station #3 at Five Points<br>(voters use the Meeting Rm) |
| 3B – Thomas Lay Park | Service three precincts. As of 4/5/2020, Thomas N. Lay Park has confirmed availability.  Use first floor meeting/lunch room and gym. Divide Gym space into two precincts. Use designated parking spaces in lot across the street with ACCGov employees directing traffic flow. | 3B – Thomas N. Lay Park<br>(1/2 gym)<br>4A – Multi Modal Transit Center<br>(1/2 gym)<br>5C – Chase Street School<br>(Room) |

# OPTION #1 (cont'd)

# Combined Election Day Locations

| LOCATION | STRATEGY | VOTERS |
|----------|----------|--------|
| 6B – Georgia Square Mall | Service three precincts. As of 4/5/2020, Georgia Square Mall is completely closed; but, with hesitation, will open the community room where 6B precinct is located. There are empty stores and common spaces that could house at least two more precincts if the management allows and sufficient electrical are available.  Use Community Room for 6B and additional stores/open spaces as guided by mall management to house two additional precincts. Due to the size of the building, managing the flow of people and directing to correct area of the mall will be a challenge. It will require and undetermined amount of help from ACC Gov. Employees, stationed in different sections of the mall to direct voters. Place signs to direct traffic of each precinct to correct entrance and closest parking. Control social distancing once voters are inside with 6 foot spaces marked with tape, on the floor at the entrance to each precinct area. | 6B – Georgia Square Mall<br>6A – Cleveland Road School<br>5B – Whitehead Road School |
| 7A – Unitarian Universalist Fellowship | Service two precincts. As of 4/5/2020, Unitarian Universalist is currently closed to public gatherings. Though staff is concerned and hesitant, the church will open if the pandemic does not worsen. Use the lobby area for 7A. There is a medium size meeting room near the lobby that can be used for another small precinct. Utilize the designated parking plan similar to Advanced voting at the Library with ACC Gov. Employees directing traffic flow. | 7A – Unitarian Universalist Fellowship<br>(Lobby)<br>6D – Oglethorpe Fire Station # 4<br>(Meeting Room off of Lobby) |

## Combined Election Day Locations

| LOCATION | STRATEGY | VOTERS |
|---|---|---|
| 1C – Barnett Shoals Elementary | Service two precincts. As of 4/5/2020, none of the CCSD buildings are available for use. Operations states that the schools are closed to the public. If direction from the State/County changes, they will reevaluate. This plan is implemented ONLY if CCSD allows us to utilize a few of the buildings to consolidate precincts. Use the cafeteria divided into two sections. There is the possibility of requesting the gym or a resource room for the second precinct. Allow cars to park as they please, use social distancing plan, marking 6 ft spaces on the floor with tape. Utilize ACC Gov employees to direct and control the flow of voters into the line and exiting the building to maintain safe distance from one another. | 1C – Barnett Shoals School 8C – Barnett Shoals Fire Station # 7 |
| 1D – Whit Davis Elementary | Service two precincts. As of 4/5/2020, none of the CCSD buildings are available for use. Operations states that the schools are closed to the public. If direction from the State/County changes, they will reevaluate. This plan is implemented ONLY if CCSD allows us to utilize a few of the buildings to consolidate precincts. Divide the gym into two spaces or request another room to use for the second precinct. Allow cars to park as they please, use social distancing plan, marking 6 ft spaces on the floor with tape. Utilize ACC Gov employees to direct and control the flow of voters into the line and exiting the building to maintain safe distance from one another. | 1D – Whit Davis School 8B – Cedar Shoals HS |

## Combined Election Day Locations

Here is one precinct who will serve only its voters:

| LOCATION | STRATEGY | VOTERS |
|---|---|---|
| 6D – ACC Fleet Management (One precinct) | As of 4/5/2020 is available if necessary. Mr. Saunders, rightly so, would like to tour the location with our staff to go over procedures to protect the public and workers.  If the operations are closed that day, utilize all of the parking for voters with designated parking spaces. ACC Gov. employees will direct parking and send voters inside the building, controlling specified number they send inside at one time. | 6D – ACC Fleet Management |

Here are two precincts that are open, but not large enough or in optimal locations to house another precinct:

| LOCATION | STRATEGY | VOTERS |
|---|---|---|
| 1A – Winterville Train Depot | As of 4/5/2020, Winterville Train Depot is available for use.  Utilize designated parking plan developed by Advance Voting.  ACC Gov. employees will help with traffic flow. | 1A – Winterville Train Depot |
| 1B – ACC Tennis Center | As of 4/5/2020, ACC Tennis Center is available for use.  Utilize designated parking plan developed for Advance Voting.  ACC Gov. employees will help with traffic flow. | 1B – ACC Tennis Center |

**Note:**  Four of the largest precincts are in schools.  If the buildings remain closed to voting, provisional voting will be set up outside the buildings, under cover near the school entrances.  There will be a need for an additional contingency depending on the weather.  Utilize this plan for designated parking or car loops, depending on the school layout.  ACC Gov. Employees will provide direction for parking or drive through.  Social distancing will be maintained by taping six feet spaces on the ground extending away from the ballot casting/collection area.  Those schools are:

2A – JJ Harris Elementary, 2B – Howard B Stroud Elementary, 6C – Timothy Road Elementary and 8A – Gaines Elementary

# OPTION #2

| LOCATION | STRATEGY | VOTERS |
|---|---|---|
| All Schools (12 of our 24 locations are held in schools) | As of 4/5/2020, none of the CCSD buildings are available for use. Operations states that the schools are closed to the public. If direction from the State/County changes, they will reevaluate. If the situation is the same on Election Day, 5/19, we will implement the following plan - except in the case of inclement weather when additional arrangements will be made. All school locations will vote using provisional ballots. A voting area will be set up under the covered entrance areas. Car lines or designated parking will be utilized depending on the best plan for each individual school. | 1C – Barnett Shoals School 1D – Whit Davis School 2A – JJ Harris School 2B – Howard B. Stroud School 3A – Clarke Central HS 5A – Oglethorpe Ave School 5B – Whitehead Rd School 5C – Chase Street School 6C – Timothy Road School 8A – Gaines School 8B – Cedar Shoals HS |
| ACC Gov. Properties (Three of our 24 locations are held in an ACC Gov't Building) | **For 5D** – Precinct operates normally inside the building. Utilize similar plan as developed for Advanced Voting at the Library with car loop of designated parking spaces with ACC Gov. employees directing traffic flow. **For 4A** – Location will close and combine with 3B; this location is closed and has had an employee test positive for COVID-19. Do not Open. Send 4A voters to 3B, Thomas Lay Park. Use the first floor room/lunch space and designated parking spaces in lot across the street with ACC Gov. employees directing traffic flow. **For 7B** – Precinct operates normally inside the building. Utilize the same plans developed for Advance Voting at this location with car loop or designated parking spaces with ACC Gov. employees directing traffic flow. | 5D – ACC Fleet 4A – ACC Transit 7B – Athens Regional Library |

| LOCATION | STRATEGY | VOTERS |
|---|---|---|
| ACC Parks (Three of our 24 locations are Park Community Buildings) | **For 4B** – Precinct operates normally inside the building. Utilize similar plan as developed for Advanced voting locations with car loop or designated parking spaces with ACC Gov. employees directing traffic flow.<br>**For 3B** – this location with adding the 4A voters, will host 3 locations. 3B Precinct operates normally inside the gym. Due to closure of ACC Multi Modal Transit Center.  4A voters will vote at Thomas N. Lay Park in the first floor room/lunch space. Use designated parking spaces in lot across the street with ACC Gov. employees directing traffic flow and entrance to the building.<br>**For 1B** – Precinct operates normally inside the building. Utilize similar plan as developed for Advanced voting locations with car loop or designated parking spaces with ACC Gov. employees directing traffic flow. | 4B – Memorial Park<br>3B – Thomas Lay Park<br>1B – ACC Tennis Center |
| Fire Stations (Three of our 24 locations are Fire Stations) | The fire stations are closed for voting to reduce the risk of additional public exposure to our first responders. All voting at fire stations #3 – Five Points, #4 – Oglethorpe, and #7 – Barnett Shoals will be conducted under the covered entrances to the buildings unless another plan is needed due to inclement weather. ACC BOE or ACC Gov. will provide tents to extend the covered spaces, allowing more room to set up voting areas. Utilize similar plan developed for designated parking spaces with ACC Gov. employees directing traffic flow.  Sidewalks/parking lot is marked with tape, designating six-foot social distancing spaces for the line toward the voting areas. | 6D – Fire Station #4<br>7C – Fire Station # 3<br>8C – Fire Station #7 |

| LOCATION | STRATEGY | VOTERS |
|---|---|---|
| Churches (only one of our 24 locations is a church) | This is one of our newest polling locations beginning with the May Primary (unmerging of 6C/7A). Precinct will operate inside the building. Utilize similar plan as developed for Advanced voting locations with car loop or designated parking spaces with ACC Gov. employees directing traffic flow. | 7A – Unitarian Universalist Fellowship |
| Other Locations (Two of our 24 locations are those that are considered other) | **For 6B** – Precinct operates normally in the Community Room on the second floor next to Sears's entrance. Voters follow signs directing them to the space. Floor is marked with tape, designating six-foot social distancing spaces for the line outside the door to the Community Room. ACC Gov. employees help to maintain voter line and direct any voters to the Community Room if needed. **For 1A** – Precinct operates normally inside the building. Utilize similar plan as developed for Advanced voting locations with car loop or designated parking spaces with ACC Gov. employees directing traffic flow. | 6B – Georgia Square Mall 1A – Winterville Train Depot |

# OPTION #3

| LOCATION | STRATEGY | VOTERS |
|---|---|---|
| BOE Office<br><br>Athens Regional Library*<br><br>Miriam Moore Community Center*<br><br>Cooperative Extension*<br>*if open allow us entry | To avoid confusion on Election Day, less number of locations is an option, particularly if the locations choose to not open and allow us the space. We will need additional splitter at Cooperative Extension Office for more use of laptops. All locations currently serve as Advance Voting sites. We will operate them according to the Advance Voting plans.<br><br>Due to the many resignations of poll workers, many States are relying on their county employees to serve as poll workers. We will need to train them all virtually. If we go with this option, our need for workers and health risk to so many workers would greatly reduce. | All ACCUG voters will have the leniency of voting at any of the four locations. We will need to consider more traffic plans and outside voting possibilities of processing voters and allowing votes on Emergency Ballots. |

Route #1

## Voting Route for COVID - 19 BOE Office & ADA Voters



April 7, 2020

1:2,257

| 0 | 0.01 | 0.03 | 0.06 mi |

| 0 | 0.03 | 0.05 | 0.1 km |

Sources: Esri, HERE, Garmin, FAO, NOAA, USGS, © OpenStreetMap

# DIRECTOR'S RECOMMENDATION

I have shared three options to support the remedy of this pandemic as it relates to the upcoming Election. It is my recommendation to consider Option #2 where the polling locations are combined, but held in separate rooms at another location.

1. All voters assigned to 6D-Fire Station #4 (Oglethorpe) would vote at the Regional Library; in separate from 7B (Library Precinct);
2. All voters assigned to 7C-Fire Station #3 (Five Points) would vote at Memorial Park; a room separate from 4B (Memorial Park Precinct);
3. All voters assigned to 8C-Fire Station #7 (Barnett Shoals) would vote at Hilsman Middle School.
4. All voters assigned to 4A-ACC Multi-Modal Transit would vote at Lay Park; separate from 3B (Lay Park Precinct)

Timeline:
- After meeting with the Fire Chief on Thursday, April 30, and meeting with the City Attorney on Friday, May 1, we will have information needed to present the following for vote at their May 5, 2020 monthly Board Meeting.
- Advertise in local organ, Legal Ad section – May 8, 19, 26, June 2 and 9.
- Post the information on our website beginning on May 8.
- Place signs as early May 26 locations inside the precinct boundaries.
- Place signs at the Fire Stations and Multi-Modal to instruct voters of their temporary locations on June 5.
- Take advantage of all opportunities to process this information to our voters, beginning on May 8.

# ABSENTEE BALLOT PROCESS

On Monday, March 31, the Secretary of State's Office began mailing Absentee Ballot Applications to all active registered voters.   As early as noon on Friday, April 3 we started receiving applications via email.  On Monday, April 6, we began receiving applications by US Mail.

We enter the application into the ElectoNet system (ENet) and send SOS sends a ballot according to the preferred type; Democratic, Republican or Non-partisan.

We are listing FAQs on our website to assist our voters with processing the applications and the ballots.

Leading up to Election Day, in lieu of placing a stamp on the applications and/or voted ballots, our voters will have the option of using a drop-box, located at the front of our office, beginning on April 15, 2020.

Regarding drop boxes, currently, there is no law that allows drop boxes; however, the State is considering this as a contingency plan with a requirement of surveillance at the location of the drop box.  This means it is very likely that we will only have one drop-box in Athens-Clarke that would meet that requirement.

As mentioned previously, prior to Election Day we will inform our voters of the drop off locations for Absentee Ballots.   As an added service regarding collection of Absentee Ballots on Election Day and pending approval by the Board of Elections,

- We will deputize all Poll Managers at the locations to receive the Absentee Ballots.
- At 5:30 PM, a Board Member will transport those ballots to the Tabulation Center for tabulation before the polls close at 7pm.
- Voters will also have the option of leaving it inside the drop-box at the BOE Office through 7pm Election Day.

# Q&A – June 9, 2020 Combine Presidential Preference and General Primary & Non-partisan Election

**Questions & Answers about the combined June 9, 2020 Presidential Preference/General Primary/Non-Partisan Election**

Q: If I voted early or by mail before the March 24, 2020 PPP was postponed, will my vote still count?

A: Yes.  All ballots are held securely and will be counted on Election Night, May 19, 2020, along with all ballots for the May 19 Election.

Q: If I voted in March, do I still vote in May?

A: Yes. If you voted in March, you voted only for the Presidential Preference Primary candidates. The May Election ballot also includes the General Primary for Federal, State, and Local candidates, along with Non-partisan races; therefore, your ballot will *only* contain the General Primary and Non-partisan races.

Q: What happens if I *did not* vote in March?

A: Your ballot for the May 19 Election will contain both the PPP race, the General Primary and Nonpartisan races

Q: Will I receive an absentee ballot application to vote by mail?

A: The State sent out absentee ballot applications to the residential address of all active voters in the State of Georgia. However, if you do not receive one, you can visit the SOS website, https://sos.ga.gov/index.php/Elections/absentee_voting_in_georgia, to print out and complete an application.

Q: How do we get the completed application back to the elections office?

A: You can mail it to Athens-Clarke County Elections & Registration office, P O Box 1828, Athens GA  30603; you can scan and email it to paula.williams@accgov.com or you can drop it in our drop box located near the front door of our office located at 155 E. Washington Street. (Drop box available on April 15, 2020)

Q: Can I still register to vote for the May 19 Election?

A: Yes.  The voter registration deadline for the May 19 Election is April 20. Visit My Voter Page, www.mvp.sos.ga.gov to register online or to verify registration status.

Q: What is the deadline to submit an Absentee Ballot Application?

A: May 15th is the last day to submit a request.  We recommend that you submit an application as early as possible to process mailing of the ballot, allowing ample time for our office to receive your voted ballot by 7:00 PM Election Day, May 19th.

When completing the Absentee Ballot Application, please make sure you choose a ballot type (Democratic, Republican, or Non-partisan) and sign the application.

Q:  What if I cannot locate the application that was sent to me in the mail by the SOS Office?

A:   You can visit the SOS website, https://sos.ga.gov/index.php/Elections/absentee_voting_in_georgia, to print out and complete an application.  You should mail it to Athens-Clarke County Elections & Registration, P O Box 1828, Athens, GA 30603; you can scan and email it to paula.williams@accgov.com or you can drop it in our drop box located near the front door of our office at 155 E. Washington Street. (Drop box will be available on April 15, 2020)

**PLEASE NOTE:** If you choose a Non-partisan ballot, you will *ONLY* receive Judicial, County Commission and School Board races on your ballot.  There will be NO Democratic or Republican races on your ballot (US Senate, State Senate, State Representative, Sheriff, Tax Commission, etc.).

If you have any other questions, please feel free to call our office at 706-613-3150.

# Sanitation Practices for Use under COVID -19 Conditions at the Poll Locations

**Background supplied by the Centers for Disease Control under Recommendations for Election Polling Locations**:

There is much to learn about the novel coronavirus (SARS-CoV-2) that causes corona virus disease (COVID-19). Based on what is currently known about SARS-CoV-2 and about similar coronaviruses, spread from person-to-person happens most frequently among close contacts (within about 6 feet). This type of transmission occurs via respiratory droplets. Transmission of SARS-CoV-2 to persons from surfaces contaminated with the virus has not been documented. Transmission of coronavirus in general occurs much more commonly through respiratory droplets than through contact with contaminated surfaces. Current evidence suggests that SARS-CoV-2 may remain viable for hours to days on surfaces made from a variety of materials. Cleaning of visibly dirty surfaces followed by disinfection is a best practice measure for prevention of COVID-19 and other viral respiratory illnesses in election polling locations.

**Preventative actions poll workers can take**:

Stay home if they have a fever, respiratory symptoms, or believe they are sick.

Practice frequent hand washing with soap and water for at least 20 seconds. If not readily available, use hand sanitizer containing at least 60% alcohol.

Practice routine cleaning and disinfecting of frequently touched surfaces: tables, doorknobs, and voting associated equipment.

**Preventative action polling location workers can take for themselves and the general public:**

Based on available data, the most important measures to prevent transmission of viruses in crowded public areas include careful and consistent cleaning of one's hands. Therefore:

Ensure bathroom at the polling station are supplied with soap, water, and drying material so visitors and staff can wash their hands.

Provide alcohol-based hand sanitizer with at least 60% alcohol for use before and after using a voting machine. Place the sanitizer in visible locations such as the check in stations and near the exits.

Incorporate social distancing strategies, increasing the space between individuals and reducing the risk of spreading the disease. 6 feet apart is ideal based on what is known about COVID-19.

Increase distance between voting booths

Limit nonessential visitors. Voters should be encouraged not to bring children and family members who are not voting.

Provide signs and taped floor markings to encourage 6 feet of distance between voters.

Discourage voters and workers from greeting each other with physical contact such as handshakes.

**Poll workers will be provided with PPE:**

Mask and a supply of gloves sufficient to change throughout the day as needed to prevent cross contamination.

**Direct Instructions for poll workers**:

The normal tasks of operating a polling location are divided among the staff. These are generally:

Manager – paperwork and supervision
Poll Pad Operators – Check in
ICP Monitor – Precinct Scanner
Floater – Assists voters with general questions and monitors voting booths
Line Monitor – Outside the door to the location, maintains line.

**All Poll Workers** –

Wear mask while working. It may be removed if they are on break and away from the voting area and others.

Wear gloves. Periodically change them for a new pair. Follow the safe procedure for glove removal and dispose in the BIOHAZARD CONTAINER ONLY.

**Manager** –

Supervise the overall sanitation of the polling location. Guaranteeing that BMDs, Printers, Voter Access Cards, and Poll Pad Stylus are wiped with alcohol pads or alcohol dampened microfiber cloths between each use. Supervise the maintenance of social distancing of at least 6 feet between voters.

Be available to intervene and direct voters if distancing is not being maintained after guidance from one of the other poll workers.

**Poll Pad Operators** –

Maintain 6 feet distance from voters during the check-in process.

Wipe the stylus with an alcohol pad or alcohol dampened microfiber cloth between each voter processed.

As voter access cards are rotated to their check in station, wipe them with a cloth slightly dampened with alcohol. AVOID THE SMART CHIP. On every half-hour, wipe down the Poll Pad surface with a cloth slightly dampened with alcohol.

**ICP Monitor** –

Maintain as much distance as practical from the voter as they place their ballot into the ICP.

On every half-hour wipe down the ICP and Ballot Box with a cloth slightly dampened with alcohol.

**Floater** –

Maintain as much distance as practical will assisting voters.

Wipe down the surface of a BMD with a cloth SLIGHTLY dampened with alcohol after **each** use by a voter. Do not let liquid pool on the screen or drip into any opening of the BMD. Be aware that Dominion Voting recommends ONLY wiping the screen when the device is OFF. In this case, they must be cleaned. Proceed with the awareness that your touch may cause an option to be chosen. Ask for assistance from your manager if this occurs.

Wipe down a printer with a cloth SLIGHTLY dampened with alcohol after **each** use by a voter. Do not let liquid pool on or drip into the printer. Monitor and enforce to the best of their ability 6 foot of social distancing between everyone in the polling location.

**Line Monitor** –

Maintain 6 foot social distancing of voters in the line outside the voting location.

Tape the ground with lines, marking 6 feet line spacing.

Source:

Coronavirus Disease 2010 (COVID-19); Recommendations for Election Polling Locations; Updated 3/27/2020;
https://www.cdc.gov/coronavirus/2019-ncov/community/election-polling-locations.html

# CLOSING

During a State of Emergency, only the Secretary of State can suspend the duty of conducting Elections, per O.C.G.A. § 21-2-50.1.

These plans shall be used in conjunction with the Athens-Clarke County Emergency Plan and Shelter in Place Plan (located on the County's website and the Secretary of State's Emergency Plan).

The department measures its responses to emergencies by the degree of alert created by an emergency such as the COVID-19 pandemic.  As always, if an employee begins to show signs of infection, he/she shall notify the Poll Manager and/or Elections Director immediately.

In spite of our current circumstances, we will continue providing excellent voting services the voters of Athens-Clarke County.