**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

**COALITION FOR GOOD**
**GOVERNANCE, et al.,**

**Plaintiffs,**

**v.**

**BRAD RAFFENSPERGER, et al.,**

**Defendants.**

**Civil Action No. 1:20-cv- 01677 -TCB**

## NOTICE OF APPEAL

Pursuant to Rule 3 of the Federal Rules of Appellate Procedure, notice is hereby given that Plaintiffs appeal to the United States Court of Appeals for the Eleventh Circuit the District Court's May 14, 2020 Order (Doc. 43) granting judgment to Defendants, granting Defendants' Motion to Dismiss, and denying Plaintiffs' motions for injunctive relief.

Plaintiffs show that on May 26, 2020, the District Court entered an  Order (Doc. 56) denying Plaintiffs' Rule 59 Motion to Alter or Amend Judgment (Doc.

48).   This Notice of Appeal accordingly is timely brought pursuant to Rules

4(a)(1)(A) and 4(a)(4)(A)(v) of the Federal Rule of Appellate Procedure.

This Notice of Appeal is being filed electronically, and the $505.00 payment

of filing and docketing fees required by 28 U.S.C. § 1913 and § 1917 is being

remitted electronically to the Clerk of this Court contemporaneously with the filing

of this Notice of Appeal.

Respectfully submitted this 25th day of June, 2020.

| | |
|---|---|
| */s/ Bruce P. Brown* | */s/ Robert A. McGuire, III* |
| Bruce P. Brown | Robert A. McGuire, III |
| Georgia Bar No. 064460 | Pro Hac Vice Pending |
| BRUCE P. BROWN LAW LLC | ROBERT MCGUIRE LAW FIRM |
| 1123 Zonolite Rd. NE | 113 Cherry St. #86685 |
| Suite 6 | Seattle, Washington 98104-2205 |
| Atlanta, Georgia 30306 | (253) 267-8530 |
| (404) 881-0700 | |

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing pleading has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

> */s/ Bruce P. Brown*
> Bruce P. Brown
> Georgia Bar No. 064460
> Bruce P. Brown Law LLC
> Attorney for Plaintiffs
> 1123 Zonolite Rd. NE
> Suite 6
> Atlanta, Georgia 30306
> (404) 881-0700

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2020, a copy of the foregoing was

electronically filed with the Clerk of Court using the CM/ECF system, which will

automatically send notification of such filing to all attorneys of record.

*/s/ Bruce P. Brown*
Bruce P. Brown